MARCUS LEE (Nevada Bar No. 15769)
MARCUS B. SMITH (Nevada Bar No. 12098)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Marcus.Lee@lewisbrisbois.com
Marcus.Smith@lewisbrisbois.com

*Attorneys for National Association of State Workforce Agencies and Center for Employment Security Education and Research*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Tsang, Donna, | Case No. 2:22-cv-00572-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| Experian Information Solutions, Inc.; JPMorgan Chase Bank, N.A.; Merrick Bank Corporation; MRS BP, LLC dba MRS Associates; Fair Square Financial Group, LLC dba Ollo Card Services; Premiere Bankcard, LLC; Colorado Department of Labor and Employment; The Ohio Department of Job and Family Services; Center for Employment Security Education and Research; Credit One Bank, N.A.; U.S. Small Business Administration Office of Disaster Assistance; and Equifax Information Services, LLC; | **(FIRST REQUEST)** |
| Defendant. | |

Pursuant to LR IA 6-1, Defendant Center for Employment Security Education and Research, by and through its attorneys, Marcus Lee, Esq. and Marcus Smith, Esq. of Lewis Brisbois Bisgaard & Smith, LLP, and Plaintiff Donna Tsang, by and through her attorney Gerardo Avalos of Freedom Law Firm, hereby submit this Stipulation to Extend Time to Respond to Complaint.

/ / /

4870-2219-6509.1

1  Plaintiff served the Complaint on April 11, 2022, and, as such, the deadline to respond to the Complaint is May 2, 2022.

The parties hereby stipulate that the deadline for Defendant to respond to the Complaint will be extended by two weeks from May 2, 2022, to **May 16, 2022**.

This is Defendant and Plaintiff's first request to extend this deadline, which is made in good faith and not for purposes of delay. The parties are attempting to resolve this matter and are interested in conserving resources for settlement purposes.

DATED this 28th day of April, 2022.

Albright Stoddard Warnick & Albright

By: */s/ Gerardo Avalos*

Gerardo Avalos
Freedom Law Firm
8985 S. Eastern Ave, Suite 350
Las Vegas, NV 89123
*Attorneys for Defendant*

DATED this 28th day of April, 2022

Lewis Brisbois Bisgaard & Smith LLP

By: */s/ Marcus Lee*

Marcus Lee
Nevada Bar No. 15769
Marcus B. Smith
Nevada Bar No. 12098
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

Dated this 29th day of April 2022.

_____
United States Magistrate Judge

4870-2219-6509.1

2