Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, National Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Donna Tsang,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc. et al,<br><br>　　　　Defendants. | Case No. 2:22-cv-00572-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

The response of Defendant JPMorgan Chase Bank, National Association ("Chase") to Plaintiff Donna Tsang's Complaint (ECF No. 1) currently is due May 2, 2022. Chase has requested, and Plaintiff has agreed, that Chase has up to and including May 16, 2022 to respond to Plaintiff's Complaint, to provide time for Chase to investigate Plaintiff's allegations and to prepare a response.

*[Continued on following page.]*

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: May 2, 2022

| BALLARD SPAHR LLP | FREEDOM LAW FIRM |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Gerardo Avalos<br>George Haines, Esq.<br>Gerardo Avalos, Esq.<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123 |
| *Attorneys for Defendant*<br>*JPMorgan Chase, National Association* | *Attorney for Plaintiff Donna Tsang* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 4, 2022

2