1  J Christopher Jorgensen, Esq.
   Nevada Bar No. 5382
2  Matthew Tsai, Esq.
   Nevada Bar No. 14290
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada 89169
   Tel: 702.949.8200
5  Fax: 702.949.8398
   cjorgensen@lewisroca.com
6  mtsai@lewisroca.com

7  *Attorneys for Defendant Fair Square Financial*
   *Group, LLC dba Ollo Card Services*

8

9                 UNITED STATES DISTRICT COURT

10                    DISTRICT OF NEVADA

11  Donna Tsang,                          Case No. 2:22-cv-00572-GMN-BNW

12            Plaintiff,

13  v.

14  Equifax Information Services LLC; JPMorgan      **STIPULATION AND ORDER TO**
    Chase Bank, N.A.; Merrick Bank Corporation;    **EXTEND TIME FOR DEFENDANT FAIR**
15  MRS BPO, L.L.C. dba MRS Associates; Fair       **SQUARE FINANCIAL GROUP, LLC dba**
    Square Financial Group, LLC dba Ollo Card      **OLLO CARD SERVICES TO RESPOND**
16  Services; Premier Bankcard, LLC; Colorado      **TO COMPLAINT**
    Department of Labor and Employment; The
17  Ohio Department of Job and Family Services;    **(FIRST REQUEST)**
    Center for Employment Security Education and
18  Research; Credit One Bank, N.A.; U.S. Small
    Business Administration Office of Disaster
19  Assistance; and Equifax Information Services
    LLC,
20
              Defendants.
21

22

23          Pursuant to LR IA 6-1, Plaintiff Donna Tsang ("Plaintiff") and Defendant Fair Square

24  Financial, LLC d/b/a Ollo Card Services ("Ollo"), by and through their respective counsel, hereby

25  stipulate to a 30-day extension of time for Ollo to respond to Plaintiff's Complaint, such that it

26  will be due on June 1, 2022.

27  . . .

28  . . .

117588118.1

## RECITALS

WHEREAS, Plaintiff served her complaint on Ollo on April 11, 2022;

WHEREAS, Ollo's current deadline to respond to the complaint is May 2, 2022;

WHEREAS, Ollo's deadline for responding to the Complaint has not yet expired;

WHEREAS, Ollo requires additional time to review the Complaint in order to provide a complete response to the Complaint;

WHEREAS, the parties agree to a 30-day extension of time to respond to Plaintiff's Complaint, such that a response will be due on June 1, 2022.

## STIPULATION

THEREFORE, IT IS STIPULATED AND AGREED, by and between Plaintiff and Ollo, through their respective counsel, as follows, subject to approval by the Court:

1.      The time for Ollo to respond to Plaintiff's Complaint is extended by 21 days to June 1, 2022;

DATED:  May 2, 2022

FREEDOM LAW FIRM                          LEWIS ROCA ROTHGERBER CHRISTIE LLP

By:/s/ Gerardo Avalos                           By:  /s/ Matthew R. Tsai
   Gerardo Avalos, Esq.                        J Christopher Jorgensen, Esq.
   Nevada Bar No. 15171                       Nevada Bar No. 5382
   8985 S. Eastern Ave., Suite 350            Matthew Tsai, Esq.
   Las Vegas, NV  89123                         Nevada Bar No. 14290
                          3993 Howard Hughes Parkway, Suite 600
   *Attorney for Plaintiff*                        Las Vegas, NV 89169

                                *Attorneys for Defendant Fair Square Financial Group LLC dba Ollo Card Services*

### IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED this __4th__ day of May, 2022.

*(sidebar)* 3993 Howard Hughes Parkway, Suite 600 Las Vegas, NV 89169

LEWIS ROCA