MARCUS LEE (Nevada Bar No. 15769)
MARCUS B. SMITH (Nevada Bar No. 12098)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Marcus.Lee@lewisbrisbois.com
Marcus.Smith@lewisbrisbois.com

*Attorneys for Center for Employment Security Education and Research*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Tsang, Donna,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Experian Information Solutions, Inc.; JPMorgan Chase Bank, N.A.; Merrick Bank Corporation; MRS BP, LLC dba MRS Associates; Fair Square Financial Group, LLC dba Ollo Card Services; Premiere Bankcard, LLC; Colorado Department of Labor and Employment; The Ohio Department of Job and Family Services; Center for Employment Security Education and Research; Credit One Bank, N.A.; U.S. Small Business Administration Office of Disaster Assistance; and Equifax Information Services, LLC;<br><br>　　　　Defendant. | Case No. 2:22-cv-00572-GMN-BNW<br><br>**AMENDED STIPULATION AND ORDER TO DISMISS** |

Plaintiff DONNA TSANG ("Plaintiff") and Defendant CENTER FOR EMPLOYMENT SECURITY EDUCATION AND RESEARCH ("Defendant"), by and through their respective undersigned counsel of record, agree and stipulate to dismiss Plaintiff's claims against

4873-2724-8169.1

Defendant with prejudice.

The parties have fully resolved Plaintiff's claims against Defendant through a mutually agreeable settlement, and, as such, Defendant should be dismissed from this case. The parties are to bear their own fees and costs associated with this case.

IT IS SO STIPULATED.

DATED this 15th day of July, 2022.

Freedom Law Firm

By: /s/ *Gerardo Avalos*
    Gerardo Avalos
    Freedom Law Firm
    8985 S. Eastern Ave, Suite 350
    Las Vegas, NV 89123
    *Attorneys for Defendant*

DATED this 15th day of July, 2022

Lewis Brisbois Bisgaard & Smith LLP

By: /s/ *Marcus Lee*
    Marcus Lee
    Nevada Bar No. 15769
    Marcus B. Smith
    Nevada Bar No. 12098
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
    *Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated this 15 day of July, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of July, 2022, I electronically filed the **AMENDED STIPULATION AND ORDER TO DISMISS** with the Clerk of the Court through Case Management/Electronic Filing System.

By  /s/ Krystle Platero
An Employee of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

4873-2724-8169.1                            3