Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Donna Tsang*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Donna Tsang,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc. et al,<br><br>　　　　　Defendant. | Case No.: 2:22-cv-00572-GMN-BNW<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice** |

1    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Donna Tsang

2    and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims

3    against Equifax Information Services LLC with prejudice. Each party will bear its

4    own costs, disbursements, and attorney fees.

5    Dated: October 31, 2022.

6

7    **KIND LAW**                                          **CLARK HILL PLLC**

8    /s/ Michael Kind                                      /s/ Gia Marina

9    Michael Kind, Esq.                                    Gia Marina, Esq.
     8860 South Maryland Parkway, Suite 106                3800 Howard Hughes Pkwy, Suite 500

10   Las Vegas, Nevada 89123                               Las Vegas, Nevada 89169
                                                           *Counsel for Equifax Information*

11   **FREEDOM LAW FIRM**                                  *Services LLC*

12

13   /s/ George Haines

14   George Haines, Esq.
     8985 S. Eastern Ave., Suite 350

15   Las Vegas, Nevada 89123
     *Counsel for Plaintiff Donna Tsang*

16

17                              **ORDER**

18                  **IT IS SO ORDERED.**

19

20                  **IT IS FURTHER ORDERED** that the
                    Clerk is instructed to close the case.

21

22                  Dated this  22  day of October, 2022.

23

24

25   _____
     Gloria M. Navarro, District Judge

26   UNITED STATES DISTRICT COURT

27